# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. "GUS" HOEFLING and MARGARET HOEFLING, his wife, Plaintiffs, | CIVIL ACTION |
| v. | |
| U.S. SMOKELESS TOBACCO COMPANY, LLC, and PINKERTON TOBACCO CO. LP, Defendants. | NO. 19-3847 |

## O R D E R

**AND NOW**, this 30th day of December, 2020, upon consideration of the Motion of Defendant U.S. Smokeless Tobacco Company, LLC to Transfer Venue to the United States District Court for the Middle District of Florida (Document No. 58, filed November 24, 2020) and Plaintiffs' Response in Opposition to Defendant, U.S. Smokeless Tobacco Company, LLC's Motion to Transfer Venue to the United States District Court for the Middle District of Florida (Document No. 59, filed December 8, 2020), for the reasons stated in the accompanying Memorandum dated December 30, 2020, **IT IS ORDERED** that the Motion of Defendant U.S. Smokeless Tobacco Company, LLC to Transfer Venue to the United States District Court for the Middle District of Florida is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.